UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4681
(2:21-cr-00062-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LARRY ALLEN CLAY, JR.

    Defendant - Appellant

_____

O R D E R
_____

The court denies the motion for extension of time to file the opening brief and joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk